UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

VS                                              CASE NO.  3:06cr77LAC

MARK SEGALLA

**REFERRAL AND ORDER**

Referred to Judge Lacey Collier on ___August 4, 2006___
Motion/Pleadings __MOTION TO DISMISS COUNT 1 OF THE INDICTMENT__

Filed by _DEFENDANT_     on _7/26/06_     Doc.# __18__
RESPONSES:
                              on _____ Doc.# _____
                              on _____ Doc.# _____

_____ Stipulated    _____ Joint Pldg.
_____ Unopposed    _____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

s/Mary Maloy
LC (1 OR 2)                  Deputy Clerk: Mary Maloy

# *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 22nd day of August, 2006, that:*
*(a) The relief requested is **MOOT**.*
*(b) In light of Superseding Indictment.*

s/*L. A. Collier*
*LACEY A. COLLIER*
*Senior United States District Judge*

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.