```
              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF FLORIDA
                    PENSACOLA DIVISION
```

UNITED STATES OF AMERICA

VS                                              3:06cr77LAC

MARK SEGALLA

## JUDGMENT OF ACQUITTAL BY THE COURT

The Court having heard the testimony in this case and having determined that there is insufficient evidence to justify a judgment of conviction as to Count Two, it is upon consideration, hereby **ORDERED**:

**JUDGMENT OF ACQUITTAL** of the defendant MARK SEGALLA as to Count Two of the Indictment is hereby entered.

DONE AND ORDERED this 12$^h$ day of September, 2006.

                                             *s/L.A. Collier*
                                             Lacey A. Collier
                                             Senior United States District Judge